UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRADLEY WHALEN,

        Defendant.
_____/

Case: 2:19-mj-30502
Judge: Unassigned,
Filed: 09-20-2019 At 01:51 PM
USA v. BRADLEY WHALEN (RMV)(MLW)

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Bradley Whalen to answer to charges pending in another federal district, and states:

1. On or about September 20, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Eastern District of Tennessee based on a Failure to Appear Order of the Court.

2. Rule 5 requires this Court to determine whether defendant is the

1

person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

>                            Respectfully submitted,
>
>                            Matthew Schneider
>                            United States Attorney
>
>                            [signature]
>
>                            Hank Moon
>                            Assistant United States Attorney
>                            211 W. Fort Street, Suite 2001
>                            Detroit, MI    48226-3211
>                            Hank.moon@usdoj.gov
>                            (313) 226-0220

Date: 9/20/19

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Bradley Whalen | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 0649 1:18CR00106-006 |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Bradley Whalen ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Date: 08/09/2019

/s/ Travis R. McDonough
*Issuing officer's signature*

City and state: Chattanooga, Tennessee

Travis R. McDonough, U.S. Dist. Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____    Arresting officer's signature _____<br><br>Printed name and title _____ |

10642586

1974-0812-2502-B

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Bradley Whalen
Known aliases: Bradley Knox Whalen
Last known residence: 206 Maplewood Avenue, Chattanooga, TN 37411
Prior addresses to which defendant/offender may still have ties:

Last known employment: Bud's Sports Bar, 5751 Brainerd Road, Chattanooga, TN 37411 (423) 499-9878
Last known telephone numbers: (423) 635-9268; (423) 503-6866
Place of birth: Chattanooga, Tennessee
Date of birth: 11/17/1962
Social Security number: 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
Height: 5'10"          Weight: 245
Sex: Male             Race: White
Hair: Bald/Grey       Eyes: Brown

Scars, tattoos, other distinguishing marks:
UR Arm: Skull with army helmet
UL Arm: Shamrock with words

History of violence, weapons, drug use: Prior Convictions (2x) for Unlawful Carrying or Posession of Weapon (Handgun)

Known family, friends, and other associates *(name, relation, address, phone number)*:
Billie Armstrong (nee Orr)- Mother, Mountain Shadows; Bart Whalen- Brother, Soddy Daisy; Shelby- Daughter, Hixson

FBI number: 544539NA7

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
United States Probation Officer Emily Knox 423-386-2764 (offfice) / 423-602-0514 (cell)

Date of last contact with pretrial services or probation officer *(if applicable)*: Monday, August 5, 2019, voicemail, used phone number (423) 503-6866